[No. 11003-6-III.   Division Three.   May 5, 1992.]

ALLAN D. SANDERS, ET AL, *Respondents*, v. COACHMEN
INDUSTRIES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 87-2-50221-2, Dennis D. Yule, J.,
entered July 25, 1990. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 10529-6-III.   Division Three.   May 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LEOPOLDO
CARDENAS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 89-1-00385-0, Albert J. Yencopal, J.,
entered January 12, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and
Thompson, J.

[No. 14027-6-II.   Division Two.   May 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROOSEVELT J.
ROBERTS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for
Jefferson County, No. 90-1-00031-7, William E. Howard,
J., entered June 20, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Seinfeld, JJ.